# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1563

_____

Oscar Gonzalez-Briso, also known as    *
Javier Alvarado-Andrade,    *
   *
       Appellant,    *    Appeal from the United States
   *    District Court for the
    v.    *    Southern District of Iowa.
   *
United States of America,    *      [UNPUBLISHED]
   *
       Appellee.    *

_____

Submitted: March 31, 2006
Filed: April 5, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Oscar Gonzalez-Briso appeals the district court's[1] order denying his 28 U.S.C. § 2255 motion. Because the notice of appeal was untimely, see Fed. R. App. P. 4(a)(1)(B), we dismiss this appeal. See 8th Cir. R. 47A(a).

_____

---

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.